# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| MENARDSON DUMAS,<br>    Defendant,<br><br>v.<br><br>RECEIVABLES MANAGEMENT ASSOCIATES,<br>    Plaintiff. | **Civil Action No.<br>21-10229-FDS** |

## SETTLEMENT ORDER OF DISMISSAL

**SAYLOR, U.S.D.J**

The Court has been advised by the parties' report that this action has settled. IT IS ORDERED that this action is hereby dismissed without costs and without prejudice to the right of any party upon good cause shown within Sixty (60) days to reopen the action if settlement is not consummated .

By the Court,

Date: 3/15/2021

/s/ Casey Baker
Deputy Clerk